NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**MARKEM-IMAJE CORPORATION,**
*Plaintiff,*

v.

**ZIPHER LTD. AND VIDEOJET TECHNOLOGIES, INC.,**
*Defendants-Appellants.*

———————————

2013-1032

———————————

Appeal from the United States District Court for the District of New Hampshire in No. 07-CV-0006, Judge Paul J. Barbadoro.

———————————

Decided: March 25, 2013

———————————

KARA F. STOLL, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP., of Washington, DC, argued for defendants-appellants. With her on the brief was GARTH D. BAER.

———————————

Before NEWMAN, LINN, and WALLACH, *Circuit Judges.*

PER CURIAM.

Subsequent to the district court's final judgment the parties agreed to a settlement that leaves no "legitimate, continuing case or controversy." *Allflex USA, Inc. v. Avid Identification Sys., Inc.,* 704 F.3d 1362, 1369 (Fed. Cir. 2013). Accordingly, the instant appeal is dismissed.

**DISMISSED**

No costs.